IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:25CR224 |
| vs. | INFORMATION |
| LUCAS SEDIVY, | 18 U.S.C. § 1703(b) |
| Defendant. | |

The United States Attorney charges:

### COUNT I

On or about August 20, 2024, in the District of Nebraska, LUCAS SEDIVY, a United States Postal Service employee, without authority, did open a letter placed in the United States mail which was intended to be conveyed by mail.

In violation of Title 18, United States Code, Section 1703(b).

UNITED STATES OF AMERICA,
Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

By: _____
DONALD J. KLEINE, #22669
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE  68102-1506
Tel:  (402) 661-3700
Fax:  (402) 661-3084
E-mail: donald.kleine@usdoj.gov

1

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

                                                     _____
                                                     DONALD J. KLEINE, #22669
                                                     Assistant U.S. Attorney